AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>MATTHEW MARRE,<br>*Defendant* | Case No. 1:19-cr-00140-RBJ |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MATTHEW MARRE                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☑ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:
  18 U.S.C. Section 1039 Fraud in connection with obtaining confidential phone records

Date:   08/07/2019                                                                    s/D. Kalsow, Deputy Clerk
                                                                                                      *Issuing officer's signature*

City and state:   Denver, Colorado                                          Jeffrey P. Colwell, Clerk of Court
                                                                                                      *Printed name and title*

**Return**

        This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date:   _____
                                                                                                      *Arresting officer's signature*

                                                                                                      *Printed name and title*