IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00140-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MATTHEW MARRE,

       Defendant.

---

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, Matthew Marre, by and through undersigned counsel, Assistant Federal Public Defender Matthew K. Belcher, and hereby notifies this Court that a disposition has been reached in his case with the government. The parties request that they be allowed to contact chambers to set a change of plea hearing.

                Respectfully Submitted,

                VIRGINIA L. GRADY
                Federal Public Defender


                /s/ Matthew K. Belcher
                MATTHEW K. BELCHER
                Assistant Federal Public Defender
                633 17th Street, Suite 1000
                Denver, CO 80202
                Telephone: (303) 294-7002
                Fax: (303) 294-1192
                Email:  Matthew_Belcher@fd.org
                Attorney for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on August 16, 2019, I electronically filed the foregoing *Notice of Disposition and Motion Requesting Change of Plea Hearing* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Gregory Allen Holloway, Assistant U.S. Attorney
    Email: gregory.holloway@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Matthew Marre
    via mail

                        /s/ Cecilia Hernandez
                        Cecilia Hernandez, Legal Assistant
                        Office of the Federal Public Defender