**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00140-RBJ

UNITED STATES OF AMERICA

       Plaintiff,

v.

2.     RYAN MEDHURST,

       Defendants.

_____

### *UNOPPOSED* MOTION FOR PERMISSION TO TRAVEL
_____

Ryan Medhurst, through counsel, Brian Leedy, unopposed by the government, and respectfully requests permission to travel to Cheyenne, Wyoming, on Thanksgiving Day, November 28, 2019.  As grounds he states as follows

Mr. Medhurst was arrested and granted bond, and first appeared in this on August 12, 2019.  Doc. 24.  The conditions of his bond require him to receive permission from the Court to travel outside of Colorado.  Doc. 26.  Mr. Medhurst wishes to travel with his family to Cheyenne Wyoming on November 28, 2019, to attend a Thanksgiving meal at the Little American Hotel and return the same day.  Undersigned counsel has conferred with government counsel who does not oppose this request.

Wherefore, Mr. Medhurst, through counsel and unopposed by the government, respectfully requests permission to travel to Cheyenne, Wyoming, on Thanksgiving Day, November 28, 2019.

Dated this 21st day of November 2019.

Respectfully Submitted,

/s/ Brian R. Leedy
**Brian R. Leedy**
Haddon, Morgan & Foreman, P.C.
150 E. 10th Ave.
Denver, CO 80203
(303) 831-7364
Email address:  bleedy@hmflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing:

### *UNOPPOSED* MOTION FOR PERMISSION TO TRAVEL

was electronically filed with the Clerk of the Court using the CM/ECF system on this 21st day of November 2019 which will send notification of such filing to the parties and counsel in the case.

/s/ Brian R. Leedy
**Brian R. Leedy**
Haddon, Morgan & Foreman, P.C.
150 E. 10th Ave.
Denver, CO 80203
(303) 831-7364
Email address:  bleedy@hmflaw.com