IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00140-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MATTHEW MARRE,

        Defendant.

---

## NOTICE TO THE COURT
---

TO THE HONORABLE JUDGE OF SAID COURT:

        COMES NOW the Defendant, Matthew Marre, through his attorney of record, Assistant Federal Public Defender Matthew K. Belcher, and submits the following Notice to the Court:

        1.     On December 11, 2019, probation filed with this Court the Final Presentence Report and Addendum.  In the Addendum, probation indicates that, if the Court were to sustain Mr. Marre's pending objection to the PSR, the advisory guidelines would recommend a sentence of 8 to 14 months (10/II).  This is contrary to the 6 to 12 months referenced in Mr. Marre's Sentencing Statement.

        2.     Undersigned counsel agrees with probation's calculation of 8 to 14 months (10/II).  Undersigned counsel erroneously awarded Mr. Marre the full three-levels for acceptance of responsibility.  However, if the counts all group together, Mr. Marre's adjusted offense level would not equal 16 or greater, thus disqualifying him for the third acceptance point. *(§ 3E1.1(b))*.

3. With that correction, Mr. Marre's request for a sentence of time-served (8 months and 15 days) would represent a sentence at the low-end of the correctly calculated guidelines.

4. Undersigned counsel apologizes to the Court, the government, and probation for this inadvertent miscalculation of the advisory guidelines.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


/s/ Matthew K. Belcher
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Matthew_Belcher@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2019, I electronically filed the foregoing *Notice to the Court* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Gregory Holloway, Assistant U.S. Attorney
Email:  gregory.holloway@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Matthew Marre
via mail

/s/ Cecilia Hernandez
Cecilia Hernandez, Legal Assistant
Office of the Federal Public Defender