IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:  19-cr-00140-RBJ | Date:  December 20, 2019 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter:  N/A | Probation:  Paige Meador |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Gregory Holloway* |
| v. | |
| 1.  MATTHEW MARRE<br>**Defendant** | *Matthew Belcher* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     1:40 p.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [51] Government's Motion for Application of the Third Point for Acceptance of Responsibility is **GRANTED.**

**ORDERED:**   Defendant shall be **imprisoned** for **15 months** as to Count One through Eight of the Superseding Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

**ORDERED:**   **Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$800.00** Special Assessment fee, to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  2:20 p.m.          Hearing concluded.          Total time:     00:40