IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00140-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MATTHEW MARRE,

       Defendant.

---

## NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, through Assistant Federal Public Defender Matthew K. Belcher, enters its appearance on behalf of the Defendant, Matthew Marre.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*/s/ Matthew K. Belcher*
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Matthew_Belcher@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

  I certify that on January 18, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

  Gregory Allen Holloway, Assistant U.S. Attorney
  Email:  Gregory.Holloway@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

  Matthew Marre (via mail)

            */s/ Matthew K. Belcher*
            MATTHEW K. BELCHER
            Assistant Federal Public Defender