IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00140-RBJ

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MATTHEW MARRE

Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 18th day of January, 2023.

COLE FINEGAN
United States Attorney

By: *s/ Peter McNeilly*
PETER MCNEILLY
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
Email: Peter.Mcneilly@usdoj.gov
Attorney for the Government

**CERTIFICATE OF SERVICE**

I certify that on this 18th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Jessie M. Zabriskie*
      Legal Assistant
      United States Attorney's Office