AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

2023 JAN 23 AM 8:49

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 19-cr-00140-RBJ-1 |
| Matthew Marre | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Matthew Marre,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

   You must not engage or act as a public safety officer
   You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon

Date: November 7, 2022

s/E. Buchanan, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 11/7/22, and the person was arrested on *(date)* 1/17/23 at *(city and state)* Denver, CO | |
| Date: 1/17/23 | *Arresting officer's signature* |
| | R. Bliss DCO/USMS |
| | *Printed name and title* |